**KERSHAW, CUTTER & RATINOFF, LLP**
C. BROOKS CUTTER, 121407
JOHN R. PARKER, JR., 257761
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499
E-mail: bcutter@kcrlegal.com

Attorneys for *Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PARVANEH KHORSHIDIAN,<br><br>        Plaintiff,<br><br>    v.<br><br>THE PERMANENTE MEDICAL GROUP, INC., et al.,<br><br>        Defendants. | Case No. **2:11-CV-01654-KJM-JFM**<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE A MOTION TO REMAND; AND ORDER** |

Pursuant to Local Rule 144(a) of the United States District Court for the Eastern District of California, Plaintiff, Parvaneh Khorshidian, and Defendants, The Permanente Medical Group, Kaiser Foundation Hospitals, and Kaiser Foundation Health Plan, Inc., by and through their respective counsel, hereby stipulate and agree to the following:

Plaintiff shall have an extension of time to and through September 1, 2011, in which to file a motion to remand this case in response to Defendants' Notice of Removal, filed on June 20, 2011.  No previous extensions have been granted.

| | |
|---|---|
| Dated: July 19, 2011 | Respectfully submitted, |

By: /s/ *C. Brooks Cutter*
    C. BROOKS CUTTER
    KERSHAW, CUTTER & RATINOFF, LLP
    *Attorneys for Plaintiff*


By: /s/ Thomas Kauffman
    THOMAS KAUFFMAN
    SHEPHARD MULLIN RICHTER &
    HAMPTON, LLP
    *Attorneys for Defendants*

IT IS SO ORDERED.

Date: July 20, 2011.

_____
UNITED STATES DISTRICT JUDGE

Stipulation for Extension of Time to File Motion for Remand and Order